PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jacqueline Lewis                                    Cr.: 09-00221-001
                                                                       PACTS Number: 54417

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 07/20/09

Original Offense: Theft of United States Government Property

Original Sentence: Three years probation

Type of Supervision: Probation                              Date Supervision Commenced: 07/20/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make restitution in the amount of $12,582. Restitution payments shall be paid in monthly installments of no less than $25.

## CAUSE

The offender is unable to pay the restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $25 monthly towards the restitution obligation.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 10/29/09

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

Nov 16, 2009
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make restitution in the amount of $12,582. Restitution payments shall be paid in monthly installments of no less than $25.

Witness: _____  Signed: _____
U.S. Probation Officer              Probationer or Supervised Releasee
Gisella M. Bassolino                Jacqueline Lewis

10/28/09
DATE