PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jacqueline Lewis       **Docket Number:** 09-00221-001
                                             **PACTS Number:** 54417

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise
                                          Senior United States District Judge

**Date of Original Sentence:** 07/20/2009

**Original Offense:** Theft of United States Government Property

**Original Sentence:** 3 Years Probation

**Type of Supervision:** Probation       **Date Supervision Commenced:** 07/20/09

**Assistant U.S. Attorney:** Charlton A. Rugg, Esq., 970 Broad Street, Room 502 Newark, New Jersey, 07102 (973) 645-2700

**Defense Attorney:** Chester Keller, Esq., 1002 Broad Street, Newark, New Jersey, 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as directed to the probation office on March 14, 2011. |
| 2 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as directed to the probation office on March 17, 2011. |

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $12,582.00 to Social Security Administration; it shall be paid at a rate of $25 monthly.**' |
| | The offender has failed to pay restitution at the court-ordered rate of $25 monthly. |
| 4 | The offender has violated the special supervision condition which states '**MENTAL HEALTH TREATMENT** |
| | **You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.**' |
| | The offender has not participated in mental health treatment since approximately May 2010. |
| 5 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has failed to complete and submit monthly supervision reports since April 2010. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 4/6/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons.  Date of Hearing: June 6, 2:00 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 26, 2011
Date