UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | : | |
| v. | : | Crim. No. 09-221 (DRD) |
| | : | |
| JACQUELINE LEWIS | : | Order |
| | : | |

The Court finds upon the evidence presented that Jacqueline Lewis is in violation of the conditions of Probation as imposed by this Court on July 20, 2009. Whereupon, it is ordered and adjudged that the offender be continued on probation supervision subject to all previously imposed standard and special conditions and the following additional special condition(s).

LOCATION MONITORING PROGRAM (30 days) (Payment waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 30 days months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, care of your grandson, and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive

location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate. Payment for the locations monitoring program shall be waived.

## MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

SO ORDERED

HON. DICKINSON R. DEBEVOISE
United States District Judge

Sept. 27, 2011